In the Matter of KENNETH S., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted December 15, 2014; decided January 20, 2015

Motion for leave to appeal granted. Motion for poor person relief granted.

In the Matter of NANCY FISHER KIRSCHNER, Appellant, v CHARLES A. FISHER, Respondent, et al., Respondent.

Submitted December 1, 2014; decided January 20, 2015

Motion by Ann-Margaret Carrozza and Bridget J. Crawford for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

TEDDY MOORE, Appellant, v FRANK GUERRA, Defendant, and CHRISTOPHER BRAMWELL et al., Respondents.

Submitted December 8, 2014; decided January 20, 2015

Motion for leave to appeal etc. dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.